No. 418. DUGGAN, TRUSTEE, *v.* SANSBERRY, TRUSTEE; and

No. 419. NATIONAL AIRCRAFT CORP. *v.* SANSBERRY, TRUSTEE. November 5, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Luke E. Hart, Geo. O. Durham* and *Noah Weinstein* for petitioners. *Messrs. Ralph Bamberger* and *Isidore Feibleman* for respondent. Reported below: 149 F. 2d 548.

No. 435. LAND, CHAIRMAN OF THE U. S. MARITIME COMMISSION, ET AL. *v.* WATERMAN STEAMSHIP CORP. November 5, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Acting Solicitor General Judson* for petitioners. *Mr. Bon Geaslin* for respondent.

No. 444. BIGELOW ET AL. *v.* R K O RADIO PICTURES, INC. ET AL. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Thomas C. McConnell* and *Hubert Van Hook* for petitioners. *Messrs. Carl Meyer, Miles G. Seeley, Edward R. Johnston, Edmund D. Adcock* and *Vincent O'Brien* for respondents. *Solicitor General McGrath* filed a memorandum on behalf of the United States, as *amicus curiae,* in support of the petition.

No. 473. PENNEKAMP ET AL. *v.* FLORIDA. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Florida granted. *Messrs. Robert R. Milam, E. T. McIlvaine* and *Elisha Hanson* for petitioners. *J. Tom Watson,* Attorney General of Florida; *Messrs. James M.*